**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6230

In the Matter of       Case Number:

KENALL MANUFACTURING COMPANY, Plaintiff

v.

FOCAL POINT LLC, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE KEYS**

KENALL MANUFACTURING COMPANY, Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| | PETER N. JANSSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | /s/Peter N. Jansson |
| FIRM | |
| | JANSSON SHUPE & MUNGER LTD |
| STREET ADDRESS | 207 East Westminster |
| CITY/STATE/ZIP | Lake Forest, IL 60045 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 13226074 | 262-632-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES √   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO √ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES √   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES √   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |