**FILED**
**NOVEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**07 C 6230**

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC ) <br> an Illinois corporation, ) <br>        Defendant. ) | Case No. <br><br> Judge |

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE KEYS**

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

The undersigned, counsel of record for KENALL MANUFACTURING COMPANY, plaintiff, furnishes the following list**:**

(a)    KENALL MANUFACTURING COMPANY, a plaintiff in the above-captioned lawsuit.

(b)    KENALL MANUFACTURING COMPANY is a closely held Illinois corporation; and

        (1)   has no parent corporation

        (2)   N/A

(c)    Peter N. Jansson and Matthew M. Fannin of JANSSON SHUPE & MUNGER, LTD will appear on behalf of KENALL MANUFACTURING COMPANY.

Dated this 5th day of November, 2007.

                                        Respectfully submitted,

                                        By:   s/Peter N. Jansson
                                              Peter N. Jansson (IL Bar #13226074)

pjansson@janlaw.com
Matthew M. Fannin (IL Bar# 6277445)
mfannin@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminster
Lake Forest, IL 60045
Phone:  262/632-6900; Fax: 262/632-2257