**FILED**
**NOVEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**07 C 6230**

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, an Illinois corporation,  Plaintiff, | ) ) ) ) ) Case No. |
| v. | ) ) ) Judge |
| FOCAL POINT LLC, an Illinois corporation,  Defendant. | ) ) ) ) |

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE KEYS**

## NOTICE OF CLAIMS INVOLVING A PATENT

The undersigned counsel hereby provides notice of a lawsuit involving claims of a patent, pursuant to Local Rule 3.4, furnishing the following information, pursuant to 35 USC §290 and 15 USC §1116(c):

| | |
|---|---|
| Plaintiff: | Kenall Manufacturing Company 1020 Lakeside Drive Gurnee, Illinois 60031 |
| Defendant: | Focal Point, LLC 4201 South Pulaski Road Chicago, Illinois |
| Inventors: | McCarthy et al. |
| Patent at issue: | United States Patent No. 6,984,055 |
| Patent Issue Date: | January 10, 2006 |
| Patent Holder: | Kenall Manufacturing Company |

Dated this 5th day of November, 2007.

                          Respectfully submitted,

                          KENALL MANUFACTURING COMPANY

                          By:   s/ Peter N. Jansson
                                Peter N. Jansson  (IL Bar# 1326074)

pjansson@janlaw.com
Matthew M. Fannin (IL Bar# 6277445)
mfannin@janlaw.com
JANSSON SHUPE & MUNGER LTD.
207 East Westminster
Lake Forest, IL 60045
Tel: 262/632-6900
Fax: 262/632-2257