

**Banner & Witcoff, Ltd.**
INTELLECTUAL PROPERTY LAW

TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

ERIK S. MAURER
EMAURER@BANNERWITCOFF.COM

December 13, 2007

Via E-Mail – pjansson@janlaw.com

Peter N. Jansson
Jansson Shupe & Munger Ltd.
245 Main Street
Racine, Wisconsin 53403

    Re:    *Kenall v. Focal Point*

Dear Peter:

    On behalf of Focal Point, L.L.C., our law firm agrees to accept service of the complaint in the above referenced matter, effective December 12, 2007. Focal Point will respond to the complaint within 20 days of December 12, 2007.

                                                         Very truly yours,

                                                         Erik S. Maurer

ESM/tkw

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR