UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> an Illinois corporation, ) <br>       Defendant. ) | Case No. **07-CV-6230** <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Arlander Keys |

**PLAINTIFF'S REPORT PURSUANT TO STANDING ORDER**

      By mutual agreement, the parties met in person at plaintiff's on Monday, December 10, 2007 to discuss the case substantively. The meeting was attended by Peter N. Jansson and Matthew M. Fannin for Kenall Manufacturing ("Kenall") and J. Pieter van Es and Erik Maurer for Focal Point, LLC ("Focal Point"). On December 13, 2007, counsel for Focal Point accepted service of the complaint. (*See* DE-11.)

      On December 21, 2007, pursuant to paragraph 3 of the Court's form for report of a planning meeting of counsel, counsel for Kenall sent Focal Point's counsel a written settlement offer letter and, later on December 21, 2007, contacted counsel for Focal Point to discuss case management procedures, including scheduling matters, pursuant to the Court's standing order. In response, counsel for Focal Point told counsel for Kenall that Focal Point would not participate in such a conference at this stage or prior to the January 4, 2007 initial status hearing, pointing out that Focal Point's answer had not yet been filed and is not due until January 2, 2007.

      Kenall's counsel, believing that this report is required under the Court's order, respectfully files this report, including a proposed schedule for the case. A copy of course is being sent to counsel for Focal Point.

**Pre-Trial Schedule**

      Kenall hereby provides the following required information and proposes dates and procedures as set forth below. For the convenience of the Court, Kenall's proposed schedule is repeated in a summary chart near the end of this document, such chart including dates for the

matters raised in the Court's report form and certain additional dates some of which may be appropriate given that this is a patent infringement case.

    a. Discovery will be needed to determine the extent of the infringement for purposes of calculating damages.

    b. Discovery pursuant to Fed.R.Civ.P. 26(a)(1) will be exchanged by Monday, January 14, 2008.  Fact discovery will close on Monday, July 14, 2008 and expert discovery will close on Monday, October 20, 2008.

    c. Kenall anticipates that it will need no more than 8 depositions, not including deposition of experts.

    d. Burdened-party expert reports will be filed Monday, August 11, 2008.  Rebuttal expert reports by September 15, 2008.

    e. Any amendment of pleadings and joinder of parties without leave of Court will be by Monday, February 4, 2008.  At present Kenall does not anticipate a need for any such amendment.

    f. Potentially dispositive motions will be filed by Monday, November 10, 2008.

    g. Plaintiff's proposed draft of final pre-trial order to be provided to defendant by the later of Monday, February 9, 2009 or one month after rulings on potentially dispositive motions.  The joint final pre-trial order will be filed by the later of Monday, March 9, 2009, or two months after rulings on potentially dispositive motions.

    h. Kenall proposes a trial date of Monday, April 6, 2009, and expects the trial will take about five (5) days.

**Additional Matters Bearing on the Schedule**

Kenall proposes that, if it develops that the parties have differences on the interpretation of claim terms, the parties will provide the Court a stipulated report of claim terms in dispute by Monday, March 3, 2008.  In the event of a claim-term-interpretation dispute, Kenall proposes that the parties file principal briefs on claim construction by Monday, April 7, 2008, and response briefs by Monday, May 5, 2008.  If a *Markman* claim-term-construction hearing is desired by the Court, such hearing will, of course, be held at the convenience of the Court.

Kenall proposes that the final pre-trial conference be held two weeks prior to trial.

* * * * *

| Description | Date |
| --- | --- |
| Exchange of initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) | Monday, January 14, 2008 |
| Joinder of parties/Amendment of pleadings | Monday, February 4, 2008 |
| Stipulated report to the Court of claim terms in dispute (if any) | Monday, March 3, 2008 |
| Filing of the parties' principal claim-construction briefs | Monday, April 7, 2008 |
| Filing of the parties' rebuttal claim-construction briefs | Monday, May 5, 2008 |
| *Markman* (Claim Construction) Hearing, if requested by the Court | To be scheduled per Court's availability |
| Close of fact discovery | Monday, July 14, 2008, or 1 month after *Markman* decision (if there are disputed claim terms) |
| Burdened-party expert report deadline | Monday, August 11, 2008, or 2 months after the *Markman* decision, whichever is later |
| Rebuttal expert report deadline | Monday, September 15, 2008, or 1 month after the burdened-party expert report deadline, whichever is later |
| Close of expert discovery | Monday, October 20, 2008, or 2 months after the burdened-party expert report deadline, whichever is later |
| Dispositive motion filing deadline | Monday, November 10, 2008, or 3 weeks after the close of expert discovery, whichever is later |
| Pre-Trial Order | Plaintiff's proposed draft to defendant by Monday, February 9, 2009 or 1 month after rulings on potentially dispositive motions. Joint final pretrial order to filed by Monday, March 9, 2009 or 2 months after rulings on potentially dispositive motions. |
| Final pre-trial conference | Monday, March 23, 2009, or 2 weeks prior to trial |
| Trial | Monday, April 6, 2009, subject to the Court's availability |

      Kenall is open to mediation, including early mediation.

Dated this 26th day of December, 2007.

                                          Respectfully submitted,

                                          KENALL MANUFACTURING COMPANY

                                          By:    s/Matthew M. Fannin
                                                Matthew M. Fannin (IL Bar# 6277445)

Peter N. Jansson
(IL Bar# 13226074)
Matthew M. Fannin
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403
Tel: (262) 632-6900
Fax: (262) 632-2257