UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY,<br>an Illinois corporation,<br>        Plaintiff,<br><br>v.<br><br>FOCAL POINT, LLC,<br>an Illinois corporation,<br>        Defendant. | Case No. **07-CV-6230**<br><br>Judge Rebecca R. Pallmeyer<br><br>Mag. Judge Arlander Keys |

### CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, I electronically filed PLAINTIFF'S REPORT PURSUANT TO STANDING ORDER with the Clerk of Court using the ECF system and served counsel for defendants by electronic mail as indicated below:

*Attorneys for Defendant:*

Jonathan Pieter van Es
pvanes@bannerwitcoff.com
Erik S. Maurer
emaurer@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite300
Chicago, IL 60606


                                                    s/Dawn MacDonald-Wolff
                                                  Dawn MacDonald-Wolff, Paralegal
                                                  JANSSON SHUPE & MUNGER LTD.