UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENALL MANUFACTURING CO., | ) | Civil Action No. 07 C 6230 |
| Plaintiff, | ) | Judge Rebecca R. Pallmeyer |
| v. | ) | Magistrate Arlander Keys |
| FOCAL POINT, L.L.C., | ) | Jury Trial Demanded |
| Defendant. | ) | |

**NOTIFICATION OF AFFILIATES – STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Focal Point, L.L.C. states that it has no publicly held affiliates.

Respectfully submitted,

Dated: January 2, 2008

By: /s/ Michael L. Krashin
Erik S. Maurer (06275467)
   (emaurer@bannerwitcoff.com)
Michael L. Krashin (06286637)
   (mkrashin@bannerwitcoff.com)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Attorneys for Plaintiff, Focal Point, L.L.C.

**CERTIFICATE OF SERVICE**

On January 2, 2008, I electronically filed the foregoing FOCAL POINT, L.L.C.'S NOTIFICATION OF AFFILIATES through the Court's ECF system, which will send a notice via electronic filing to counsel of record for Kenall as indicated below:

>Peter N. Jansoon
>　　(pjansson@janlaw.com)
>Matthew M. Fannin
>　　(mfannin@janlaw.com)
>JANSON SHUPE & MUNGER LTD.
>207 East Westminster
>Lake Forest, Illinois 60045
>Telephone: (262) 632-6900
>Facsimile: (262) 632-2257


　　　　　　　　　　　　/s/ Michael L. Krashin
　　　　　　　　　　ATTORNEY FOR FOCAL POINT