UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, )<br>an Illinois corporation, )<br>       Plaintiff, )<br>                           )<br>      v.                        )<br>                           )<br>FOCAL POINT, LLC, )<br>a Delaware corporation, )<br>       Defendant. ) | Case No. **07-CV-6230**<br><br>Judge Rebecca R. Pallmeyer<br><br>Mag. Judge Arlander Keys |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS
AND PLAINTIFF'S AFFIRMATIVE DEFENSES THERETO**

Plaintiff, Kenall Manufacturing Company ("Kenall"), hereby replies to the counterclaims of defendant, Focal Point, LLC ("Focal Point"), as follows:

### PARTIES

1. Kenall admits the allegations of paragraph 1.

2. Kenall admits the allegations of paragraph 2.

### JURISDICTION AND VENUE

3. Kenall admits the allegations of paragraph 3.

4. Kenall admits the allegations of paragraph 4.

5. Kenall admits that venue is proper in this district pursuant to 28 USC §§1391(b) and 1400(b).

6. Kenall admits the allegations of paragraph 6.

### COUNT I

7. Kenall reasserts and reincorporates its answers to paragraphs 1-6 as if fully set forth herein.

8. Kenall denies the allegations of paragraph 8.

9. Kenall denies the allegations of paragraph 9.

10. Kenall admits that an actual and justiciable controversy exists between Kenall and Focal Point, but denies the remaining allegations of paragraph 10.

## **COUNT II**

11. Kenall reasserts and reincorporates its answers to paragraphs 1-10 as if fully set forth herein.

12. Kenall denies the allegations of paragraph 12.

13. Kenall denies the allegations of paragraph 13.

14. Kenall admits that an actual and justiciable controversy exists between Kenall and Focal Point, but denies the remaining allegations of paragraph 14.

WHEREFORE, Kenall respectfully requests that the Court enter judgment in its favor and against Focal Point as follows:

- Dismissing Focal Point's counterclaims in their entirety and with prejudice; and
- Award Kenall its costs, reasonable attorneys's fees and such other relief that the Court deems just and appropriate.

Dated this 22nd day of January, 2008.

By   /s/ Peter N. Jansson
     Peter N. Jansson
     Attorney for Kenall Manufacturing Company

Peter N. Jansson
Matthew M. Fannin
JANSSON SHUPE & MUNGER LTD.
245 Main Street
Racine, WI 53403
Tel: 262/632-6900
Fax: 262/632-2257