**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> an Delaware corporation, ) <br>     Defendant. ) | Case No. **07-CV-6230** <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Arlander Keys |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, I electronically filed PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS AND PLAINTIFF'S AFFIRMATIVE DEFENSES THERETO with the Clerk of Court using the ECF system and served counsel for defendants by electronic mail as indicated below:

*Attorneys for Defendant:*

Jonathan Pieter van Es
pvanes@bannerwitcoff.com
Erik S. Maurer
emaurer@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite300
Chicago, IL 60606


                                                s/Eva M. Prill
                                           Eva M. Prill, Paralegal
                                           JANSSON SHUPE & MUNGER LTD.