## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6230 | **DATE** | 1/18/2008 |
| **CASE TITLE** | Kenall Manufacturing Company vs. Focal Point LLC | | |

**DOCKET ENTRY TEXT**

Rule 16 conference convened. Parties will make initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) on or before February 8, 2008. Either party may amend pleadings or name additional parties on or before February 29, 2006. Fact discovery to close on August 8, 2008. Dispositive motions on any issues other than damages to be filed on December 5, 2008. Plaintiff's draft final pretrial order to be submitted to Defendant on or before May 8, 2009; Joint final pretrial order to be filed on or before June 5, 2009. Status hearing set for 3/18/2008 at 9:00.

■ [ For further details see text below.]     Docketing to mail notices.

00:06

## STATEMENT

Rule 16 conference convened. Parties will make initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) on or before February 8, 2008. Either party may amend pleadings or name additional parties on or before February 29, 2006. Parties' joint stipulated report regarding claim terms in dispute (if any) to be filed on or before March 28, 2008; if terms are disputed, the parties' principal claim-construction briefs to be filed on or before May 2, 2008; rebuttal briefs to be filed on or before May 30, 2008, and a *Markman* hearing would be scheduled at the court's next available date. Defendant will notify Plaintiff whether it intends to rely on the opinion of counsel on or before July 18, 2009, or one week after the court's ruling on any claims-construction dispute, whichever is later. Fact discovery to close on August 8, 2008, or one month after ruling on any claims-construction dispute, whichever is later. Expert disclosures pursuant to FED. R. CIV. P. 26(a)(2), for all issues other than damages, to be submitted by party bearing the burden of proof on or before September 5, 2008, or two months after ruling on any claims-construction dispute, whichever is later; disclosure of rebuttal experts to be made on October 10, 2008, or one month after initial expert disclosure, whichever is later. Expert discovery (on all issues other than damages) to close November 14, 2008, or two months after the initial expert disclosure date, whichever is later. Dispositive motions on any issues other than damages to be filed on December 5, 2008, or 21 days after the close of expert discovery, whichever is later. Expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on any damages issues to be submitted by party bearing the burden of proof on or before February 27, 2009, or one month after the court's ruling on dispositive motions, whichever date is later; disclosure of rebuttal experts to be made on March 27, 2009, or two months after the court's ruling on dispositive motions, whichever date is later. Plaintiff's draft final pretrial order to be submitted to Defendant on or before May 8, 2009, or one month after the court's ruling on any dispositive motions. Joint final pretrial order to be filed on or before June 5, 2009, or two months after rulings on any dispositive motions. Final pretrial conference and trial date to be set at the next status conference.