UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, )<br>an Illinois corporation, )<br>         Plaintiff, )<br>                              )<br>            v. )<br>                              )<br>FOCAL POINT, LLC, )<br>a Delaware corporation, )<br>         Defendant. ) | Case No. 07-CV-6230<br><br>Judge Rebecca R. Pallmeyer<br><br>Mag. Judge Arlander Keys |

**JOINT MOTION TO AMEND
THE JANUARY 18, 2008 SCHEDULING ORDER**

NOW COME the parties, through their respective counsel, and hereby move the Court for an order amending the scheduling order entered on January 18, 2008.

AS GROUNDS for this joint motion, the parties state that they continue to engage in active settlement discussions, and they need additional time to consider further settlement options. The parties hereby jointly request the entry of an amended scheduling order extending the currently scheduled dates (most by approximately one month) as set forth below:

| Description | Former Date | Amended Date |
|---|---|---|
| Joinder of parties/ Amendment of pleadings | Friday, February 29, 2008 | Friday, March 28, 2008 |
| Status Hearing | Tuesday, March 18, 2008 | Tuesday, April 1, 2008 (or any similar date that is convenient for the Court) |
| Stipulated report to the Court of claim terms in dispute (if any) | Friday, March 28, 2008 | Friday, April 25, 2008 |
| Filing of the parties' principal claim-construction briefs | Friday, May 2, 2008 | Friday, May 30, 2008 |

| | | |
|---|---|---|
| Filing of the parties' rebuttal claim-construction briefs | Friday, May 30, 2008 | Friday, June 27, 2008 |
| *Markman* (Claim Construction) Hearing, if requested by the Court | To be scheduled per Court's availability | To be scheduled per Court's availability |
| Status Hearing | Wednesday, June 4, 2008 | Wednesday, July 9, 2008 (or any similar date that is convenient for the Court) |
| Close of fact discovery | Friday, August 8, 2008, or 1 month after *Markman* decision (if there are disputed claim terms) | Friday, Sept. 5, 2008, or 1 month after *Markman* decision (if there are disputed claim terms) |
| Focal Point's notice to Kenall of whether it is relying on an opinion of counsel | Friday, July 18, 2008, or 1 week after *Markman* decision, whichever is later | Friday, August 15, 2008, or 1 week after *Markman* decision, whichever is later |
| Burdened-party expert report deadline on all issues except for damages | Friday, September 5, 2008, or 2 months after the *Markman* decision, whichever is later | Friday, October 3, 2008, or 2 months after the *Markman* decision, whichever is later |
| Rebuttal expert report deadline on all issues except for damages | Friday, October 10, 2008, or 1 month after the burdened-party expert report deadline (on all issues except for damages), whichever is later | Friday, Nov. 7, 2008, or 1 month after the burdened-party expert report deadline (on all issues except for damages), whichever is later |
| Close of expert discovery on all issues except for damages | Friday, November 14, 2008, or 2 months after the burdened-party expert report deadline (on all issues except for damages), whichever is later | Friday, Dec. 12, 2008, or 2 months after the burdened-party expert report deadline (on all issues except for damages), whichever is later |
| Dispositive motion filing deadline | Friday, December 5, 2008, or 3 weeks after the close of expert discovery (on all issues except for damages), whichever is later | Friday, Jan. 9, 2009, or 4 weeks after the close of expert discovery (on all issues except for damages), whichever is later |
| Burdened-party expert report deadline on damages | Friday, February 27, 2009, or 1 month after the Court rules on dispositive motions, whichever is later | Friday, March 27, 2009, or 1 month after the Court rules on dispositive motions, whichever is later |

| | | |
|---|---|---|
| Rebuttal expert report deadline on damages | Friday, March 27, 2009, or 2 months after the Court rules on dispositive motions, whichever is later | Friday, April 24, 2009, or 2 months after the Court rules on dispositive motions, whichever is later |
| Close of damages expert discovery[1] | Friday, April 10, 2009, or 2 weeks after the rebuttal expert report deadline on damages, whichever is later | Friday, May 8, 2009, or 2 weeks after the rebuttal expert report deadline on damages, whichever is later |
| Pre-Trial Order[2] | Plaintiff's proposed draft to defendant by Friday, May 8, 2009, or 1 month after the close of damages expert discovery, whichever is later. Joint final pretrial order to be filed by Friday, June 5, 2009, or 2 months after the close of damages expert discovery, whichever is later. | Plaintiff's proposed draft to defendant by Friday, June 5, 2009, or 1 month after the close of damages expert discovery, whichever is later. Joint final pretrial order to be filed by Friday, July 3, 2009, or 2 months after the close of damages expert discovery, whichever is later. |
| Final pre-trial conference | Two weeks after the date the Final Pre-Trial Order is submitted | Two weeks after the date the Final Pre-Trial Order is submitted |
| Trial | Two weeks after the Final Pre-Trial conference, subject to the Court's availability | Two weeks after the Final Pre-Trial conference, subject to the Court's availability |

*********

A corresponding proposed order is attached hereto.

Dated this 20th day of February, 2008.

---

[1] The parties' report of their planning meeting filed January 16, 2008, included this deadline, although in what appears to be an oversight the Court's January 18, 2008, Order did not include it. The parties respectfully submit that it should be included in this order.

[2] The parties' report of their planning meeting filed January 16, 2008, tied these deadlines to the close of damages expert discovery, although in what appears to be an oversight the Court's January 18, 2008, Order tied them to the Court ruling on any dispositive motions. The parties respectfully submit that they should be tied to the close of damages expert discovery.

Respectfully submitted,


By: ___s/Peter N. Jansson_____        By:___s/Erik S. Maurer_____
Peter N. Jansson (IL Bar# 13226074)             Erik S. Maurer (6275467)
Matthew M. Fannin (IL Bar# 6277445)             Michael L. Krashin (6286637)
JANSSON SHUPE & MUNGER LTD.                     BANNER &WITCOFF, LTD.
207 East Westminster                            10 S. Wacker Drive - Suite 3000
Lake Forest, IL 60045                           Chicago, IL 60606
Tel: (262) 632-6900                             Tel: (312) 463-5000
Fax: (262) 632-2257                             Fax: (312) 463-5001

Attorneys for Plaintiff Kenall Manufacturing, Co.   Attorneys for Defendant Focal Point, L.L.C.