UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>        Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> a Delaware corporation, ) <br>        Defendant. ) | Case No. 07-CV-6230 <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Arlander Keys |

_____

**ORDER GRANTING JOINT MOTION TO AMEND
THE JANUARY 18, 2008 SCHEDULING ORDER**
_____

THIS MATTER being before the Court on the agreed motion of the parties, and the Court having reviewed the proposed amended schedule submitted by the parties,

IT IS HEREBY ORDERED THAT:

The Joint Motion to Amend the January 18, 2008 Scheduling Order is **GRANTED**, and the Amended Dates set forth in the Joint Motion hereinafter control this action.

Dated this _____ day of February, 2008.

                                                                                     _____
                                                                                     Judge Rebecca R. Pallmeyer
                                                                                     United States District Court Judge