## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6230 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Kenall Manufacturing Company vs. Focal Point, LLC | | |

**DOCKET ENTRY TEXT**

Joint motion to amend the January 18, 2008 scheduling order [22] granted. IT IS HEREBY ORDERED THAT: The joint motion to amend the January 18, 2008 scheduling order is granted, and the Amended Dates set forth in the Joint Motion hereinafter control this action. Enter Order. Close of fact discovery extended to 9/5/2008. Close of expert discovery extended to 12/12/2008. Dispositive motions extended to 1/9/2009. Joint Pretrial Order due 7/3/2009. Status hearing set for 3/18/2008 is stricken and reset to 4/3/2008 at 9:00.

■ [ For further detail see separate order(s).]        Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|