**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY, an Illinois corporation, Plaintiff, v. FOCAL POINT, LLC, a Delaware corporation, Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 07-CV-6230 Judge Rebecca R. Pallmeyer Mag. Judge Arlander Keys |

---

**ORDER GRANTING JOINT MOTION TO AMEND**
**THE JANUARY 18, 2008 SCHEDULING ORDER**

---

THIS MATTER being before the Court on the agreed motion of the parties, and the Court having reviewed the proposed amended schedule submitted by the parties,

IT IS HEREBY ORDERED THAT:

The Joint Motion to Amend the January 18, 2008 Scheduling Order is **GRANTED**, and the Amended Dates set forth in the Joint Motion hereinafter control this action.

Dated this 21st day of February, 2008.

_____
Judge Rebecca R. Pallmeyer
United States District Court Judge