# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kenall Manufacturing Company

                              Plaintiff,

v.                                                Case No.: 1:07−cv−06230
                                                  Honorable Rebecca R. Pallmeyer

Focal Point LLC

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference. (etv, )Mailed notice.

Dated: April 3, 2008

                                                                         /s/ Rebecca R. Pallmeyer

                                                                       United States District Judge