# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6230 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Kenall Manufacturing Company vs. Focal Point LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/3/2008. Date for submission on the parties' proposed interpretation of claims terms extended to 5/23/2008. Status hearing set for 6/2/2008 at 9:00. Referral to Magistrate Judge Keys for settlement conference.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|