UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> a Delaware corporation, ) <br>           Defendant. ) | Case No. 07-C-6230 <br><br> Judge Pallmeyer <br> Magistrate Judge Keys |

**JOINT MOTION FOR ENTRY
OF CONSENT JUDGMENT AND DISMISSAL ORDER**

Kenall Manufacturing Company and Focal Point, LLC now jointly move, under Fed.R.Civ.P.41(a), for entry of the attached Consent Judgment and Dismissal Order. The Order dismisses the case with prejudice.

Date: May 1, 2008

Respectfully submitted,

| | |
|---|---|
| JANSSON SHUPE & MUNGER LTD. | BANNER & WITCOFF, LTD. |
| By    s/Peter N. Jansson    <br>    Peter N. Jansson <br>    207 East Westminster <br>    Lake Forest, IL 60045 <br>    (847) 283-0900 | By    s/Erik S. Maurer    <br>    Erik S. Maurer <br>    10 South Wacker Drive, Suite 300 <br>    Chicago, IL 60606 <br>    (312) 463-5000 |
| For Kenall Manufacturing Company | For Focal Point, LLC |