**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY, | ) | |
| an Illinois corporation, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07-C-6230 |
| v. | ) | |
| | ) | Judge Pallmeyer |
| FOCAL POINT, LLC, | ) | Magistrate Judge Keys |
| a Delaware corporation, | ) | |
| Defendant. | ) | |

---

## CONSENT JUDGMENT AND DISMISSAL ORDER

---

Having reviewed this matter and being advised of the settlement agreement reached by Kenall Manufacturing Company ("Kenall") and Focal Point, LLC ("Focal Point"), which agreement shall become effective upon entry of this Consent Judgment and Dismissal Order, it is hereby ORDERED and DECREED that:

1. Kenall commenced this action for patent infringement alleging that certain Focal Point products infringe Patent No. 6,984,055 ("the '055 Patent"). More specifically, the alleged infringing products are Focal Point's elongate single-unit and continuous elongate multi-unit modular lighting products sold under the Elytra™ mark, namely:

(a) Focal Point's 8" and 12" elongate single-unit Elytra™ products shown and/or referred to in the Focal Point website documents (14 sheets) and three photos, all attached as Exhibit A hereof;

(b) Focal Point's 8" and 12" elongate continuous multi-unit Elytra™ products shown and/or referred to in the Focal Point website documents (6 sheets) attached as Exhibit B hereof, having a two-piece endplate/endcap combination at each terminal end of the multi-unit product; and

(c) Focal Point's 8" and 12" elongate continuous multi-unit Elytra™ products having (i) a bridge member between endplates on certain adjacent pairs of units and (ii) a two-piece endplate/endcap combination at each terminal end of the multi-unit product, an example of which is shown and referred to in the Focal Point 12" product sheet (taken from among Focal Point's website documents) attached as Exhibit C hereof,

all of which are referred to herein as the "Subject Products."

2.  This Court has jurisdiction over the parties to this action and over the subject matter of the complaint.

3.  Kenall is sole and exclusive owner of the '055 Patent and has the right to sue upon and seek to recover damages for past infringement and enjoin infringement of the '055 Patent, which is valid and enforceable.

4.  Focal Point, its members, officers, directors, subsidiaries, and successors-in-interest, and anyone acting in concert or participation with any of them, are hereby permanently enjoined from infringing the '055 Patent during the term thereof and, specifically, from making, using, selling, offering for sale, importing or otherwise dealing in any of the Subject Products referred to above or any other product infringing the '055 Patent except as may be agreed in a written license agreement.

5.  All claims and counterclaims in this case are dismissed with prejudice. This Court will retain jurisdiction over this case for purposes of enforcing this Order and the terms of the settlement agreement.

6.  Each party shall bear its own costs and attorneys' fees.

Date: May___, 2008                    _____
                                      Hon. Judge Pallmeyer
                                      United States District Judge

Approved by counsel:

For Kenall Manufacturing Company          For Focal Point, LLC


By   s/Peter N. Jansson_____          By ____s/Erik S. Maurer_____
      Peter N. Jansson                                     Erik S. Maurer
      207 East Westminster                             10 South Wacker Drive, Suite 300
      Lake Forest, IL  60045                            Chicago, IL  60606
      (847) 283-0900                                     (312) 463-5000

<u>EXHIBIT A</u>

Focal Point
Website Documents (14 sheets) and Photos (3 sheets)
showing the Focal Point Elytra™
8" and 12" Elongate Single-Unit Products

(see attached)

# elytra™



**FOCAL POINT®**



## FEATURES

Surface or suspended, high impact fluorescent luminaire with streamlined architectural aesthetic.

For interior or exterior applications.

Housing constructed of marine grade aluminum for maximum corrosion resistance.

Linear grooves in extrusion match precisely with grooves in endcap.

Durable extruded UV stabilized polycarbonate lens available in clear or opal white.

Internal linear prism design of lens provides clean, smooth exterior for ease of cleaning.

Luminaires may be specified for damp or wet location.

**ENDURANCE WARRANTY**

Focal Point will repair or replace any Elytra™ series luminaire with polycarbonate lenses that are rendered inoperable due to physical abuse for the product life of the original installation.

## DIMENSIONAL DATA



4.00"
101.60mm

8.00"
203.20mm

**lamping options**

 

T5/T5HO LAMPS

 

T8 LAMPS

november 2007

## PERFORMANCE



Clear Polycarbonate Lens
2–Lamp T8
83% Efficiency
1352 cd @ 5°

See **Photometric** section for additional performance data.




**FOCAL POINT**

HOME   ABOUT   LATEST   PRODUCTS   GALLERY   EVERGREEN   CONTACT   AGENT AREA

## elytra™ - 8" wide
**CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS | UNIVERSAL SUSPENSION**



- High impact fluorescent luminaire.
- Durable extruded UV stabilized polycarbonate lens.
- Nominal .156" lens thickness.
- Choice of clear or opal.
- Internal linear prism design of lens provides clean, smooth exterior for ease of cleaning.
- Rugged, die cast end caps.
- Housing constructed of marine grade aluminum for maximum corrosion resistance.
- Damp or wet location may be specified.

**companion fixture**



12"

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8484 F | info@focalpointlights.com
Site Requirements | Terms of Use

fixture type:

project name:

## MOUNTING INFORMATION

suspended





surface



Consult factory for continuous row lengths.

## SPECIFICATIONS

### construction
Two-piece, .080" thick housing sides of 6061-T6 extruded aluminum.
Aluminum sides are joined with .080" aluminum housing plate.
Two-piece die-cast end caps.
End cap gasket supplied on wet location luminaires.
Surface mount housing for wet location supplied with EPDM gasket on housing plate.
Pendant mount stems by others or supplied by Focal Point (Damp Location only.)
    2' unit weight:     12 lbs.
    4' unit weight:     16 lbs.
    8' unit weight:     32 lbs.

### optic
Die-formed 20 Ga. steel reflector finished in High Reflectance White powder coat.
Extruded UV stabilized polycarbonate, nominal .156" thickness.
Lens supplied with internal linear prisms with smooth exterior.
Lens available in clear or opal white.
Lens retained with Phillips Head fasteners.
Optional Torx™ Head fasteners available.

### electrical
Luminaires are pre-wired with factory installed branch circuit wiring and
over-molded quick connects.
Consult factory for thru-wiring.
Electronic ballasts are thermally protected and have a Class "P" rating.
Optional DALI and other dimming ballasts available.
Consult factory for dimming specifications and availability.
UL and cUL listed.
Luminaires suitable for wet or damp location label.

### emergency
Emergency battery packs provide 90 minutes of illumination and are Damp
Location
listed only.
Initial lumen output for lamp types are as follows:

| Damp Location | | Wet Location | |
|---|---|---|---|
| T8 Lamps: | Up to 500 lumens | T8 Lamps: | Up to 1375 lumens |
| T5 Lamp: | Up to 500 lumens | T5 Lamp: | Not Available |
| T5HO Lamps: | Up to 825 lumens | T5HO Lamps: | Not Available |

Battery pack requires unswitched hot from same branch circuit as AC ballast.

### finish
Polyester powder coat applied over a 5-stage pre-treatment.
Standard luminaire housing finished in Matte Satin White or Titanium Silver.
Canopy and stem finished in Matte Satin White.

## ORDERING

**luminaire series**
| | |
|---|---|
| Elytra with damp location listing | FY8S |
| Elytra with wet location listing (surface mount only) | FYW8S |

**shielding**
| | |
|---|---|
| Clear Polycarbonate | CL |
| Opal White Polycarbonate *(Consult factory for acrylic availability) | OW |

**lamping**
| | |
|---|---|
| One Lamp T8 | 1T8 |
| Two Lamp T8 | 2T8 |
| Three Lamp T8 | 3T8 |
| One Lamp T5 | 1T5 |
| Two Lamp T5 | 2T5 |
| Three Lamp T5 | 3T5 |
| One Lamp T5HO | 1T5HO |
| Two Lamp T5HO | 2T5HO |
| Three Lamp T5HO | 3T5HO |

**circuits**
| | |
|---|---|
| Single Circuit | 1C |
| Dual Circuit (Multiple lamp luminaires only) | 2C |

**voltage**
| | |
|---|---|
| 120 Volt | 120 |
| *277 Volt | 277 |
| *347 Volt | 347 |
| *(Consult factory for availability) | |

**ballast**
| | |
|---|---|
| Electronic Instant Start (<20% THD Standard T8) | E |
| Electronic Program Start (<10% THD) | S |
| Electronic Dimming Ballast | D |

**mounting**
| | |
|---|---|
| Surface Mount (Wet location listed) | SM |
| Rigid Stem *XX: Specify stem length in inches | SXX |
| Stem by Others | SBO |

**factory options**
| | |
|---|---|
| Corner Mount Box | CM |
| Emergency Circuit | EC |
| Emergency Battery Pack (Not available for 2' luminaires) | EM |
| Torx™ Head | TH |
| Single Fuse and Holder | FU |
| Night Light (PL7 Or PL9) (Available in 2-lamp 120V. only) | NL |

**finish**
| | |
|---|---|
| Matte White | WH |
| Matte Black | BK |
| Titanium Silver | TS |

**luminaire length**
| | |
|---|---|
| 2' Nominal Housing | 2' |
| (Available as individual, surface mount luminaires only) | |
| 4' Nominal Housing | 4' |
| 8' Nominal Housing | 8' |
| 12' (8'+4') | 12' |
| 16' (8'+8') | 16' |
| 20' (8'+4'+8') | 20' |
| 24' (8'+8'+8') | 24' |
| *Longer run lengths available; consult factory for availability. | |

Focal Point L.L.C. 4201 South Pulaski Rd. Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

LINEAR

# FY1S & FY8S INSTALLATION INSTRUCTIONS

## SAFETY AND INSTALLATION INSTRUCTIONS

FIXTURES MUST BE INSTALLED BY A QUALIFIED ELECTRICIAN (CHECK WITH LOCAL AND NATIONAL CODES FOR PROPER INSTALLATION). TO PREVENT ELECTRICAL SHOCK, DISCONNECT ELECTRICAL SUPPLY BEFORE INSTALLATION OR SERVICING.



STEM MOUNT    SURFACE MOUNT

INDIVIDUAL UNIT

BEGINNING OF RUN UNIT

INTERMEDIATE UNIT

END OF RUN UNIT

1. READ ALL INSTRUCTIONS PRIOR TO INSTALLATION.
2. DISCONNECT ELECTRICAL POWER BEFORE SERVICING LUMINAIRE.
3. TO AVOID DAMAGE, KEEP LUMINAIRE IN ORIGINAL CARTON.
4. DO NOT PLACE HEAVY OBJECTS ON CARTONS.

CONTRACTOR IS RESPONSIBLE FOR ADEQUATELY REINFORCING WALLS AND/OR CEILINGS TO SUPPORT FIXTURE WEIGHT. FOCAL POINT, L.L.C. ACCEPTS NO RESPONSIBILITY FOR INADEQUATELY REINFORCED WALLS AND/OR CEILINGS.
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FOCAL POINT LLC. ANY REPRODUCTION IN PART OR WHOLE WITHOUT THE WRITTEN PERMISSION OF FOCAL POINT LLC IS PROHIBITED.
2005 © FOCAL POINT LLC



**FOCAL POINT®**

INSTALLATION GUIDE NO.
ISO224

FOCAL POINT, L.L.C. 4201 S. PULASKI RD., CHICAGO, IL 60632 PHONE: (773) 247-9494 FAX: (773) 247-8484

DWG. NO.    REV. B

# SURFACE MOUNT INSTALLATION



|  | X |
|---|---|
| FY1S | 8.5 |
| FY8S | 4.5 |

1. USE ALL MOUNTING HOLES PROVIDED
2. MOUNTING HARDWARE BY OTHERS

**1**



DOUBLE STICK TAPE

*FOR WET LOCATION LABELED LUMINAIRES ONLY

BEFORE MOUNTING, REMOVE BACKING FROM TAPE ON HOUSING. ATTACH BACK PAD TO HOUSING. ALIGN TO ALL HOLES. TRIM EXCESS PAD AFTER INSTALLATION.

**2**



LENS SCREWS 4 PLACES

TO REMOVE LENS: LOOSEN (4) SCREWS UNTIL CLEAR OF LENS. THE SCREWS ARE ABLE BE LEFT IN HOUSING. T20 PIN−IN−TORX DRIVER IS REQUIRED IF EQUIPPED WITH TAMPERPROOF SCREWS

**3**



DRILL POINTS FOR SURFACE CONDUIT

SURFACE CONDUIT INSTALLATION

IF BRINGING POWER IN FROM END, REMOVE ENDCAP AND DRILL ⌀.875 HOLE FOR CONNECTOR FROM INSIDE.

**4**



END CAP GASKET

*FOR WET LOCATION LABELED LUMINAIRES ONLY

IF ENDCAP IS REMOVED, MAKE SURE GASKET IS IN PLACE BEFORE REPLACING ENDCAP.

# STEM MOUNT INSTALLATION



**8FT** — 72.0

**4FT** — 24.0

**1**



INSTALL STEM IN THREADED INSERT AS SHOWN.

**2**



TIGHTEN BOTH 1/4-18 IPS HEX NUTS.

# CONTINUOUS ROW MOUNT INSTALLATION



1.
AT THE BEGINNING OF RUN, POWER MAY BE BROUGHT TO THE UNIT THROUGH THE END OR THE BACK.



2.
MAKE SURE BLACK RUBBER GASKET IS PRESENT AROUND BOTH BULKHEADS BEFORE JOINING UNITS.



3.
ALIGN BULKHEADS OF UNITS TO BE JOINED.



4.
USE PROVIDED HARDWARE TO CONNECT UNITS.

# elytra™



**FOCAL POINT®**

## FEATURES

Surface or suspended, high impact fluorescent luminaire with streamlined architectural aesthetic.

For interior or exterior applications.

Housing constructed of marine grade aluminum for maximum corrosion resistance.

Linear grooves in extrusion match precisely with grooves in endcap.

Durable extruded UV stabilized polycarbonate lens available in clear or opal white.

Internal linear prism design of lens provides clean, smooth exterior for ease of cleaning.

Luminaires may be specified for damp or wet location.

## ENDURANCE WARRANTY

Focal Point will repair or replace any Elytra™ series luminaire with polycarbonate lenses that are rendered inoperable due to physical abuse for the product life of the original installation.

november 2007

## DIMENSIONAL DATA



4.00"
101.60mm

12.00"
304.80mm

### lamping options



BIAX LAMPS

T5/T5HO LAMPS

T8 LAMPS

## PERFORMANCE



Clear Polycarbonate Lens
2–Lamp T8
81% Efficiency
1424 cd @ 15°

See Photometric section for additional performance data.

    

## elytra™ - 12" wide

**CUT SHEET | IES DATA | INSTALLATION INSTRUCTIONS | UNIVERSAL SUSPENSION**



- High impact fluorescent luminaire.

- Durable extruded UV stabilized polycarbonate lens.

- Nominal .156" lens thickness.

- Choice of clear or opal.

- Internal linear prism design of lens provides clean, smooth exterior for ease of cleaning.

- Rugged, die cast end caps.

- Housing constructed of marine grade aluminum for maximum corrosion resistance.

- Damp or wet location may be specified.

companion fixture



8"

©2008 Focal Point L.L.C. | 4201 S. Pulaski Road, Chicago, IL 60632 | 773.247.9494 T | 773.247.8494 F | info@focalpointlights.com
Site Requirements | Terms of Use

fixture type:

project name:

## MOUNTING INFORMATION



Consult factory for continuous row lengths.

## SPECIFICATIONS

### construction
Two-piece, .080" thick housing sides of 6061-T6 extruded aluminum.
Aluminum sides are joined with .080" aluminum housing plate.
Two-piece die-cast end caps.
End cap gasket supplied on wet location luminaires.
Surface mount housing for wet location supplied with EPDM gasket on housing plate.
Pendant mount stems by others or supplied by Focal Point (Damp Location only.)
  4' unit weight:    25 lbs.
  8' unit weight:    43 lbs.

### optic
Die-formed 20 Ga. steel reflector finished in High Reflectance White powder coat.
Extruded UV stabilized polycarbonate, nominal .156" thickness.
Lens supplied with internal linear prisms with smooth exterior.
Lens available in clear or opal white.
Lens retained with Phillips Head fasteners.
Optional Torx™ Head fasteners available.

### electrical
Luminaires are pre-wired with factory installed branch circuit wiring and over-molded quick connects.
Consult factory for thru-wiring.
Electronic ballasts are thermally protected and have a Class "P" rating.
Optional DALI and other dimming ballasts available.
Consult factory for dimming specifications and availability.
UL and cUL listed.
Luminaires suitable for wet or damp location label.

### emergency
Emergency battery packs provide 90 minutes of illumination and are Damp Location
listed only.
Initial lumen output for lamp types are as follows:

| Damp Location | | Wet Location | |
|---|---|---|---|
| T8 Lamps: | Up to 500 lumens | T8 Lamps: | Up to 1375 lumens |
| T5 Lamp: | Up to 500 lumens | T5 Lamp: | Not Available |
| T5HO Lamps: | Up to 825 lumens | T5HO Lamps: | Not Available |

Battery pack requires unswitched hot from same branch circuit as AC ballast.

### finish
Polyester powder coat applied over a 5-stage pre-treatment.
Standard luminaire housing finished in Matte Satin White or Titanium Silver.
Canopy and stem finished in Matte Satin White.

## ORDERING

### luminaire series
| | | |
|---|---|---|
| Elytra with damp location listing | FY1S | |
| Elytra with wet location listing | FYW1S | |
| (surface mount only) | | |

### shielding
| | | |
|---|---|---|
| Clear Polycarbonate | CL | |
| Opal White Polycarbonate | OW | |
| *Consult factory for acrylic availability | | |

### lamping
| | | |
|---|---|---|
| *Two Lamp Biax | 2BX40 | |
| *Three Lamp Biax | 3BX40 | |
| *2' Luminaires only | | |
| One Lamp T8 | 1T8 | |
| Two Lamp T8 | 2T8 | |
| Three Lamp T8 | 3T8 | |
| Four Lamp T8 | 4T8 | |
| One Lamp T5 | 1T5 | |
| Two Lamp T5 | 2T5 | |
| Three Lamp T5 | 3T5 | |
| Four Lamp T5 | 4T5 | |
| One Lamp T5HO | 1T5HO | |
| Two Lamp T5HO | 2T5HO | |
| Three Lamp T5HO | 3T5HO | |
| Four Lamp T5HO | 4T5HO | |

### circuits
| | | |
|---|---|---|
| Single Circuit | 1C | |
| Dual Circuit | 2C | |
| (Multiple lamp luminaires only) | | |

### voltage
| | | |
|---|---|---|
| 120 Volt | 120 | |
| *277 Volt | 277 | |
| *347 Volt | 347 | |
| (Consult factory for availability) | | |

### ballast
| | | |
|---|---|---|
| Electronic Instant Start | E | |
| (<20% THD - Standard T8) | | |
| Electronic Program Start | S | |
| (<10% THD) | | |
| Electronic Dimming Ballast | D | |

### mounting
| | | |
|---|---|---|
| Surface Mount | SM | |
| (Wet location listed) | | |
| *Rigid Stem | SXX | |
| *XX: Specify stem length in inches | | |
| Stem by Others | SBO | |

### factory options
| | | |
|---|---|---|
| Corner Mount Box | CM | |
| Emergency Circuit | EC | |
| Emergency Battery Pack | EM | |
| (Not available for 2' luminaires) | | |
| Torx™ Head | TH | |
| Single Fuse and Holder | FU | |
| Night Light (PL7 Or PL9) | NL | |

(Available in 2-lamp 120V. only)

### finish
| | | |
|---|---|---|
| Matte White | WH | |
| Matte Black | BK | |
| Titanium Silver | TS | |

### luminaire length
| | | |
|---|---|---|
| 2' Nominal Housing | 2' | |
| (Available as individual, | | |
| surface mount luminaires only) | | |
| 4' Nominal Housing | 4' | |
| 8' Nominal Housing | 8' | |
| 12' (8'+4') | 12' | |
| 16' (8'+8') | 16' | |
| 20' (8'+4'+8') | 20' | |
| 24' (8'+8'+8') | 24' | |
| (Longer run lengths available; | | |
| consult factory for availability.) | | |

LINEAR

Focal Point L.L.C. 4201 South Pulaski Rd, Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

# FY1S & FY8S INSTALLATION INSTRUCTIONS

## SAFETY AND INSTALLATION INSTRUCTIONS

FIXTURES MUST BE INSTALLED BY A QUALIFIED ELECTRICIAN (CHECK WITH LOCAL AND NATIONAL CODES FOR PROPER INSTALLATION). TO PREVENT ELECTRICAL SHOCK, DISCONNECT ELECTRICAL SUPPLY BEFORE INSTALLATION OR SERVICING.



STEM MOUNT

SURFACE MOUNT

INDIVIDUAL UNIT

BEGINNING OF RUN UNIT

INTERMEDIATE UNIT

END OF RUN UNIT

**1. READ ALL INSTRUCTIONS PRIOR TO INSTALLATION.**
**2. DISCONNECT ELECTRICAL POWER BEFORE SERVICING LUMINAIRE.**
**3. TO AVOID DAMAGE, KEEP LUMINAIRE IN ORIGINAL CARTON.**
**4. DO NOT PLACE HEAVY OBJECTS ON CARTONS.**

CONTRACTOR IS RESPONSIBLE FOR ADEQUATELY REINFORCING WALLS AND/OR CEILINGS TO SUPPORT FIXTURE WEIGHT. FOCAL POINT, L.L.C. ACCEPTS NO RESPONSIBILITY FOR INADEQUATELY REINFORCED WALLS AND/OR CEILINGS.
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FOCAL POINT LLC. ANY REPRODUCTION IN PART OR WHOLE WITHOUT THE WRITTEN PERMISSION OF FOCAL POINT LLC IS PROHIBITED.
2005 © FOCAL POINT LLC



FOCAL POINT

INSTALLATION GUIDE NO.

IS0224

DWG. NO. | REV. B

FOCAL POINT, L.L.C. 4201 S. PULASKI RD., CHICAGO, IL 60632 PHONE: (773) 247-9494 FAX: (773) 247-8484

# SURFACE MOUNT INSTALLATION



| | X |
|---|---|
| FY1S | 8.5 |
| FY8S | 4.5 |

1. USE ALL MOUNTING HOLES PROVIDED
2. MOUNTING HARDWARE BY OTHERS

**1**



DOUBLE STICK TAPE

*FOR WET LOCATION LABELED LUMINAIRES ONLY

BEFORE MOUNTING, REMOVE BACKING FROM TAPE ON HOUSING. ATTACH BACK PAD TO HOUSING. ALIGN TO ALL HOLES. TRIM EXCESS PAD AFTER INSTALLATION.

**2**



LENS SCREWS 4 PLACES

TO REMOVE LENS: LOOSEN (4) SCREWS UNTIL CLEAR OF LENS. THE SCREWS ARE ABLE BE LEFT IN HOUSING. T20 PIN-IN-TORX DRIVER IS REQUIRED IF EQUIPPED WITH TAMPERPROOF SCREWS

**3**



DRILL POINTS FOR SURFACE CONDUIT

SURFACE CONDUIT INSTALLATION

IF BRINGING POWER IN FROM END, REMOVE ENDCAP AND DRILL ⌀.875 HOLE FOR CONNECTOR FROM INSIDE.

**4**



END CAP GASKET

*FOR WET LOCATION LABELED LUMINAIRES ONLY

IF ENDCAP IS REMOVED, MAKE SURE GASKET IS IN PLACE BEFORE REPLACING ENDCAP.

# STEM MOUNT INSTALLATION



8FT — 72.0

4FT — 24.0



**1**

INSTALL STEM IN THREADED INSERT AS SHOWN.



**2**

TIGHTEN BOTH 1/4-18 IPS HEX NUTS.

# CONTINUOUS ROW MOUNT INSTALLATION



1.
AT THE BEGINNING OF RUN, POWER MAY BE BROUGHT TO THE
UNIT THROUGH THE END OR THE BACK.



**BLACK RUBBER GASKET**

2.
MAKE SURE BLACK RUBBER GASKET IS PRESENT AROUND
BOTH BULKHEADS BEFORE JOINING UNITS.



3.
ALIGN BULKHEADS OF UNITS TO BE JOINED.



4.
USE PROVIDED HARDWARE TO CONNECT UNITS.








<u>EXHIBIT B</u>

Select Focal Point
Website Documents (6 sheets)
showing the Focal Point Elytra™
8" and 12" Elongate Continuous Multi-Unit Products

(see attached)

fixture type:

project name:

## MOUNTING INFORMATION

suspended



surface



Consult factory for continuous row lengths.

## SPECIFICATIONS

### construction
Two-piece, .080" thick housing sides of 6061-T6 extruded aluminum.
Aluminum sides are joined with .080" aluminum housing plate.
Two-piece die-cast end caps.
End cap gasket supplied on wet location luminaires.
Surface mount housing for wet location supplied with EPDM gasket on housing plate.
Pendant mount stems by others or supplied by Focal Point (Damp Location only.)

| | |
|---|---|
| 2' unit weight: | 12 lbs. |
| 4' unit weight: | 16 lbs. |
| 8' unit weight: | 32 lbs. |

### optic
Die-formed 20 Ga. steel reflector finished in High Reflectance White powder coat.
Extruded UV stabilized polycarbonate, nominal .156" thickness.
Lens supplied with internal linear prisms with smooth exterior.
Lens available in clear or opal white.
Lens retained with Phillips Head fasteners.
Optional Torx™ Head fasteners available.

### electrical
Luminaires are pre-wired with factory installed branch circuit wiring and over-molded quick connects.
Consult factory for thru-wiring.
Electronic ballasts are thermally protected and have a Class "P" rating.
Optional DALI and other dimming ballasts available.
Consult factory for dimming specifications and availability.
UL and cUL listed.
Luminaires suitable for wet or damp location label.

### emergency
Emergency battery packs provide 90 minutes of illumination and are Damp Location listed only.
Initial lumen output for lamp types are as follows:

| Damp Location | | Wet Location | |
|---|---|---|---|
| T8 Lamps: | Up to 500 lumens | T8 Lamps: | Up to 1375 lumens |
| T5 Lamp: | Up to 500 lumens | T5 Lamp: | Not Available |
| T5HO Lamps: | Up to 825 lumens | T5HO Lamps: | Not Available |

Battery pack requires unswitched hot from same branch circuit as AC ballast.

### finish
Polyester powder coat applied over a 5-stage pre-treatment.
Standard luminaire housing finished in Matte Satin White or Titanium Silver.
Canopy and stem finished in Matte Satin White.

## ORDERING

| luminaire series | | |
|---|---|---|
| Elytra with damp location listing | FY8S | _____ |
| Elytra with wet location listing | FYW8S | |
| (surface mount only) | | |

| shielding | | |
|---|---|---|
| Clear Polycarbonate | CL | _____ |
| Opal White Polycarbonate | OW | |
| *(Consult factory for acrylic availability) | | |

| lamping | | |
|---|---|---|
| One Lamp T8 | 1T8 | _____ |
| Two Lamp T8 | 2T8 | |
| Three Lamp T8 | 3T8 | |
| One Lamp T5 | 1T5 | |
| Two Lamp T5 | 2T5 | |
| Three Lamp T5 | 3T5 | |
| One Lamp T5HO | 1T5HO | |
| Two Lamp T5HO | 2T5HO | |
| Three Lamp T5HO | 3T5HO | |

| circuits | | |
|---|---|---|
| Single Circuit | 1C | _____ |
| Dual Circuit | 2C | |
| (Multiple lamp luminaires only) | | |

| voltage | | |
|---|---|---|
| 120 Volt | 120 | _____ |
| *277 Volt | 277 | |
| *347 Volt | 347 | |
| *(Consult factory for availability) | | |

| ballast | | |
|---|---|---|
| Electronic Instant Start | E | _____ |
| (<20% THD Standard T8) | | |
| Electronic Program Start | S | |
| (<10% THD) | | |
| Electronic Dimming Ballast | D | |

| mounting | | |
|---|---|---|
| Surface Mount | SM | _____ |
| (Wet location listed) | | |
| Rigid Stem | SXX | |
| *XX: Specify stem length in inches | | |
| Stem by Others | SBO | |

| factory options | | |
|---|---|---|
| Corner Mount Box | CM | _____ |
| Emergency Circuit | EC | |
| Emergency Battery Pack | EM | |
| (Not available for 2' luminaires) | | |
| Torx™ Head | TH | |
| Single Fuse and Holder | FU | |
| Night Light (PL7 Or PL9) | NL | |
| (Available in 2-lamp 120V. only) | | |

| finish | | |
|---|---|---|
| Matte White | WH | _____ |
| Matte Black | BK | |
| Titanium Silver | TS | |

| *luminaire length | | |
|---|---|---|
| 2' Nominal Housing | 2' | _____ |
| (Available as individual, | | |
| surface mount luminaires only) | | |
| 4' Nominal Housing | 4' | |
| 8' Nominal Housing | 8' | |
| 12' (8'+4') | 12' | |
| 16' (8'+8') | 16' | |
| 20' (8'+4'+8') | 20' | |
| 24' (8'+8'+8') | 24' | |
| *Longer run lengths available; | | |
| consult factory for availability. | | |

Focal Point, L.L.C. 4201 South Pulaski Rd, Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

# FY1S & FY8S INSTALLATION INSTRUCTIONS

## SAFETY AND INSTALLATION INSTRUCTIONS

FIXTURES MUST BE INSTALLED BY A QUALIFIED ELECTRICIAN (CHECK WITH LOCAL AND NATIONAL CODES FOR PROPER INSTALLATION). TO PREVENT ELECTRICAL SHOCK, DISCONNECT ELECTRICAL SUPPLY BEFORE INSTALLATION OR SERVICING.



STEM MOUNT

SURFACE MOUNT

INDIVIDUAL UNIT

BEGINNING OF RUN UNIT

INTERMEDIATE UNIT

END OF RUN UNIT

CONTRACTOR IS RESPONSIBLE FOR ADEQUATELY REINFORCING WALLS AND/OR CEILINGS TO SUPPORT FIXTURE WEIGHT. FOCAL POINT, L.L.C. ACCEPTS NO RESPONSIBILITY FOR INADEQUATELY REINFORCED WALLS AND/OR CEILINGS.

THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FOCAL POINT LLC. ANY REPRODUCTION IN PART OR WHOLE WITHOUT THE WRITTEN PERMISSION OF FOCAL POINT LLC IS PROHIBITED.

2005 © FOCAL POINT LLC

1. **READ ALL INSTRUCTIONS PRIOR TO INSTALLATION.**
2. **DISCONNECT ELECTRICAL POWER BEFORE SERVICING LUMINAIRE.**
3. **TO AVOID DAMAGE, KEEP LUMINAIRE IN ORIGINAL CARTON.**
4. **DO NOT PLACE HEAVY OBJECTS ON CARTONS.**



FOCAL POINT

INSTALLATION GUIDE NO.

ISO224

DWG. NO.

REV. B

FOCAL POINT, L.L.C. 4201 S. PULASKI RD., CHICAGO, IL 60632 PHONE: (773) 247-9494 FAX: (773) 247-8484

# CONTINUOUS ROW MOUNT INSTALLATION



1.
AT THE BEGINNING OF RUN, POWER MAY BE BROUGHT TO THE UNIT THROUGH THE END OR THE BACK.



**BLACK RUBBER GASKET**

2.
MAKE SURE BLACK RUBBER GASKET IS PRESENT AROUND BOTH BULKHEADS BEFORE JOINING UNITS.



3.
ALIGN BULKHEADS OF UNITS TO BE JOINED.



4.
USE PROVIDED HARDWARE TO CONNECT UNITS.

fixture type:

project name:

# MOUNTING INFORMATION



suspended

surface

Consult factory for continuous row lengths.

# SPECIFICATIONS

## construction
Two-piece, .080" thick housing sides of 6061-T6 extruded aluminum.
Aluminum sides are joined with .080" aluminum housing plate.
Two-piece die-cast end caps.
End cap gasket supplied on wet location luminaires.
Surface mount housing for wet location supplied with EPDM gasket on housing plate.
Pendant mount stems by others or supplied by Focal Point (Damp Location only.)

    4' unit weight:   25 lbs.
    8' unit weight:   43 lbs.

## optic
Die-formed 20 Ga. steel reflector finished in High Reflectance White powder coat.
Extruded UV stabilized polycarbonate, nominal .156" thickness.
Lens supplied with internal linear prisms with smooth exterior.
Lens available in clear or opal white.
Lens retained with Phillips Head fasteners.
Optional Torx™ Head fasteners available.

## electrical
Luminaires are pre-wired with factory installed branch circuit wiring and over-molded quick connects.
Consult factory for thru-wiring.
Electronic ballasts are thermally protected and have a Class "P" rating.
Optional DALI and other dimming ballasts available.
Consult factory for dimming specifications and availability.
UL and cUL listed.
Luminaires suitable for wet or damp location label.

## emergency
Emergency battery packs provide 90 minutes of illumination and are Damp Location listed only.
Initial lumen output for lamp types are as follows:

| Damp Location | | Wet Location | |
|---|---|---|---|
| T8 Lamps: | Up to 500 lumens | T8 Lamps: | Up to 1375 lumens |
| T5 Lamp: | Up to 500 lumens | T5 Lamp: | Not Available |
| T5HO Lamps: | Up to 825 lumens | T5HO Lamps: | Not Available |

Battery pack requires unswitched hot from same branch circuit as AC ballast.

## finish
Polyester powder coat applied over a 5-stage pre-treatment.
Standard luminaire housing finished in Matte Satin White or Titanium Silver.
Canopy and stem finished in Matte Satin White.

# ORDERING

## luminaire series
| | |
|---|---|
| Elytra with damp location listing | FY1S |
| Elytra with wet location listing | FYW1S |
| (surface mount only) | |

## shielding
| | |
|---|---|
| Clear Polycarbonate | CL |
| Opal White Polycarbonate | OW |
| *Consult factory for acrylic availability | |

## lamping
| | |
|---|---|
| *Two Lamp Biax | 2BX40 |
| *Three Lamp Biax | 3BX40 |
| *2' Luminaires only | |
| One Lamp T8 | 1T8 |
| Two Lamp T8 | 2T8 |
| Three Lamp T8 | 3T8 |
| Four Lamp T8 | 4T8 |
| One Lamp T5 | 1T5 |
| Two Lamp T5 | 2T5 |
| Three Lamp T5 | 3T5 |
| Four Lamp T5 | 4T5 |
| One Lamp T5HO | 1T5HO |
| Two Lamp T5HO | 2T5HO |
| Three Lamp T5HO | 3T5HO |
| Four Lamp T5HO | 4T5HO |

## circuits
| | |
|---|---|
| Single Circuit | 1C |
| Dual Circuit | 2C |
| (Multiple lamp luminaires only) | |

## voltage
| | |
|---|---|
| 120 Volt | 120 |
| *277 Volt | 277 |
| *347 Volt | 347 |
| *Consult factory for availability) | |

## ballast
| | |
|---|---|
| Electronic Instant Start (<20% THD - Standard T8) | E |
| Electronic Program Start (<10% THD) | S |
| Electronic Dimming Ballast | D |

## mounting
| | |
|---|---|
| Surface Mount (Wet location listed) | SM |
| *Rigid Stem | SXX |
| *XX: Specify stem length in inches | |
| Stem by Others | SBO |

## factory options
| | |
|---|---|
| Corner Mount Box | CM |
| Emergency Circuit | EC |
| Emergency Battery Pack (Not available for 2' luminaires) | EM |
| Torx™ Head | TH |
| Single Fuse and Holder | FU |
| Night Light (PL7 Or PL9) | NL |
| (Available in 2-lamp 120V. only) | |

## finish
| | |
|---|---|
| Matte White | WH |
| Matte Black | BK |
| Titanium Silver | TS |

## luminaire length
| | |
|---|---|
| 2' Nominal Housing (Available as individual, surface mount luminaires only) | 2' |
| 4' Nominal Housing | 4' |
| 8' Nominal Housing | 8' |
| 12' (8'+4') | 12' |
| 16' (8'+8') | 16' |
| 20' (8'+4'+8') | 20' |
| 24' (8'+8'+8') | 24' |
| (Longer run lengths available; consult factory for availability.) | |

Focal Point L.L.C. 4201 South Pulaski Rd. Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.9484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

# FY1S & FY8S INSTALLATION INSTRUCTIONS

## SAFETY AND INSTALLATION INSTRUCTIONS

FIXTURES MUST BE INSTALLED BY A QUALIFIED ELECTRICIAN (CHECK WITH LOCAL AND NATIONAL CODES FOR PROPER INSTALLATION). TO PREVENT ELECTRICAL SHOCK, DISCONNECT ELECTRICAL SUPPLY BEFORE INSTALLATION OR SERVICING.



STEM MOUNT                    SURFACE MOUNT

INDIVIDUAL UNIT

BEGINNING OF RUN UNIT

INTERMEDIATE UNIT

END OF RUN UNIT

CONTRACTOR IS RESPONSIBLE FOR ADEQUATELY REINFORCING WALLS AND/OR CEILINGS TO SUPPORT FIXTURE WEIGHT. FOCAL POINT, L.L.C. ACCEPTS NO RESPONSIBILITY FOR INADEQUATELY REINFORCED WALLS AND/OR CEILINGS.
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF FOCAL POINT LLC. ANY REPRODUCTION IN PART OR WHOLE WITHOUT THE WRITTEN PERMISSION OF FOCAL POINT LLC IS PROHIBITED.
2005 © FOCAL POINT LLC

**1. READ ALL INSTRUCTIONS PRIOR TO INSTALLATION.**
**2. DISCONNECT ELECTRICAL POWER BEFORE SERVICING LUMINAIRE.**
**3. TO AVOID DAMAGE, KEEP LUMINAIRE IN ORIGINAL CARTON.**
**4. DO NOT PLACE HEAVY OBJECTS ON CARTONS.**



FOCAL POINT

| INSTALLATION GUIDE NO. |
|---|
| ISO224 |

| DWG. NO. | REV. B |
|---|---|

FOCAL POINT, L.L.C. 4201 S. PULASKI RD., CHICAGO, IL 60632 PHONE: (773) 247-9494 FAX: (773) 247-9484

# CONTINUOUS ROW MOUNT INSTALLATION



**1.**
AT THE BEGINNING OF RUN, POWER MAY BE BROUGHT TO THE UNIT THROUGH THE END OR THE BACK.



**BLACK RUBBER GASKET**

**2.**
MAKE SURE BLACK RUBBER GASKET IS PRESENT AROUND BOTH BULKHEADS BEFORE JOINING UNITS.



**3.**
ALIGN BULKHEADS OF UNITS TO BE JOINED.



**4.**
USE PROVIDED HARDWARE TO CONNECT UNITS.

<u>EXHIBIT C</u>

Focal Point
Website Document (1 sheet)
showing aspects of Focal Point Elytra™
12" Continuous Multi-Unit Products
which is exemplary of bridge version of
8" and 12" Elongate Continuous Multi-Unit Products

(see attached)

fixture type:

project name:

## MOUNTING INFORMATION

suspended



surface

Consult factory for continuous row lengths.

## SPECIFICATIONS

### construction
Two-piece, .080" thick housing sides of 6061-T6 extruded aluminum.
Aluminum sides are joined with .080" aluminum housing plate.
Two-piece die-cast end caps.
End cap gasket supplied on wet location luminaires.
Surface mount housing for wet location supplied with EPDM gasket on housing plate.
Pendant mount stems by others or supplied by Focal Point (Damp Location only).
Optional die–cast 90–degree corner.

| | |
|---|---|
| 4' unit weight: | 25 lbs. |
| 8' unit weight: | 43 lbs. |

### optic
Die-formed 20 Ga. steel reflector finished in High Reflectance White powder coat.
Extruded UV stabilized polycarbonate, nominal .156" thickness.
Lens supplied with internal linear prisms with smooth exterior.
Lens available in clear or opal white.
Lens retained with Phillips Head fasteners.
Optional Torx™ Head fasteners available.

### electrical
Luminaires are pre-wired with factory installed branch circuit wiring and over-molded quick connects.
Consult factory for thru-wiring.
Electronic ballasts are thermally protected and have a Class "P" rating.
Optional DALI and other dimming ballasts available.
Consult factory for dimming specifications and availability.
UL and cUL listed.
Luminaires suitable for wet or damp location label.

### emergency
Emergency battery packs provide 90 minutes of illumination and are Damp Location listed only.
Initial lumen output for lamp types are as follows:

| Damp Location | | Wet Location | |
|---|---|---|---|
| T8 Lamps: | Up to 500 lumens | T8 Lamps: | Up to 1375 lumens |
| T5 Lamp: | Up to 500 lumens | T5 Lamp: | Not Available |
| T5HO Lamps: | Up to 825 lumens | T5HO Lamps: | Not Available |

Battery pack requires unswitched hot from same branch circuit as AC ballast.

### finish
Polyester powder coat applied over a 5-stage pre–treatment.
Standard luminaire housing finished in Matte Satin White or Titanium Silver.
Canopy and stem finished in Matte Satin White.

## ORDERING

| | | |
|---|---|---|
| **luminaire series** | | |
| Elytra with damp location listing | FY1S | |
| Elytra with wet location listing | FYW1S | |
| **shielding** | | |
| Clear Polycarbonate | CL | |
| Opal White Polycarbonate | OW | |
| *Consult factory for acrylic availability | | |
| **lamping** | | |
| *Two Lamp Biax | 2BX40 | |
| *Three Lamp Biax | 3BX40 | |
| *2' Luminaires only | | |
| One Lamp T8 | 1T8 | |
| Two Lamp T8 | 2T8 | |
| Three Lamp T8 | 3T8 | |
| Four Lamp T8 | 4T8 | |
| One Lamp T5 | 1T5 | |
| Two Lamp T5 | 2T5 | |
| Three Lamp T5 | 3T5 | |
| Four Lamp T5 | 4T5 | |
| One Lamp T5HO | 1T5HO | |
| Two Lamp T5HO | 2T5HO | |
| Three Lamp T5HO | 3T5HO | |
| Four Lamp T5HO | 4T5HO | |
| **circuits** | | |
| Single Circuit | 1C | |
| Dual Circuit | 2C | |
| (Multiple lamp luminaires only) | | |
| **voltage** | | |
| 120 Volt | 120 | |
| *277 Volt | 277 | |
| *347 Volt | 347 | |
| (Consult factory for availability) | | |
| **ballast** | | |
| Electronic Instant Start | E | |
| (<20% THD - Standard T8) | | |
| Electronic Program Start | S | |
| (<10% THD) | | |
| Electronic Dimming Ballast | D | |
| (Consult factory for dimming availability) | | |
| **mounting** | | |
| Surface Mount | SM | |
| (Wet location listed) | | |
| *Rigid Stem | SXX | |
| *XX: Specify stem length in inches | | |
| Stem by Others | SBO | |
| **factory options** | | |
| Corner Mount Box | CM | |
| Emergency Circuit | EC | |
| Emergency Battery Pack | EM | |
| (Not available for 2' luminaires) | | |
| Torx™ Head | TH | |
| Single Fuse and Holder | FU | |
| Night Light (PL7 Or PL9) | NL | |
| (Available in 2-lamp 120V only) | | |
| **finish** | | |
| Matte White | WH | |
| Matte Black | BK | |
| Titanium Silver | TS | |
| **luminaire length** | | |
| 2' Nominal Housing | 2' | |
| (Available as individual, surface mount luminaires only) | | |
| 4' Nominal Housing | 4' | |
| 8' Nominal Housing | 8' | |
| 12' (8'+4') | 12' | |
| 16' (8'+8') | 16' | |
| 20' (8'+4'+8') | 20' | |
| 24' (8'+8'+8') | 24' | |
| (Longer run lengths available, consult factory for availability.) | | |
| **integrator options** | | |
| 90-degree Corner | FY1-90 | |

Focal Point L.L.C. 4201 South Pulaski Rd, Chicago, Illinois 60632 | T: 773.247.9494 | F: 773.247.8484 | info@focalpointlights.com | www.focalpointlights.com
Focal Point L.L.C. reserves the right to change specifications for product improvement without notification.

LINEAR