**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> an Delaware corporation, ) <br> Defendant. ) | Case No. **07-CV-6230** <br><br> Judge Rebecca R. Pallmeyer <br><br> Mag. Judge Arlander Keys |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2008, I electronically filed a JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL ORDER with the Clerk of Court using the ECF system and served counsel for defendants by electronic mail as indicated below:

*Attorneys for Defendant:*

Jonathan Pieter van Es
pvanes@bannerwitcoff.com
Erik S. Maurer
emaurer@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite300
Chicago, IL 60606


                                          s/Eva M. Prill
                                    Eva M. Prill, Paralegal
                                    JANSSON SHUPE & MUNGER LTD.