

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6230 | DATE | 5/5/2008 |
| CASE TITLE | Kenall Manufacturing Company vs. Focal Point, LLC | | |

### DOCKET ENTRY TEXT

Joint motion for entry of Consent Judgment and Dismissal order [28] granted. All claims and counterclaims in this case are dismissed with prejudice. This court will retain jurisdiction over this case for purposes of enforcing this Order and the terms of the settlement. Each party shall bear its own costs and attorneys' fees. Enter Consent Judgment And Dismissal Order. Status hearing set for 6/2/2008 is stricken. Referral to Magistrate Judge Keys for settlement conference is withdrawn.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|