

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| KENALL MANUFACTURING COMPANY, ) <br> an Illinois corporation, ) <br>          Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOCAL POINT, LLC, ) <br> a Delaware corporation, ) <br>          Defendant. ) | Case No. 07-C-6230 <br><br> Judge Pallmeyer <br> Magistrate Judge Keys |

## CONSENT JUDGMENT AND DISMISSAL ORDER

Having reviewed this matter and being advised of the settlement agreement reached by Kenall Manufacturing Company ("Kenall") and Focal Point, LLC ("Focal Point"), which agreement shall become effective upon entry of this Consent Judgment and Dismissal Order, it is hereby ORDERED and DECREED that:

1. Kenall commenced this action for patent infringement alleging that certain Focal Point products infringe Patent No. 6,984,055 ("the '055 Patent"). More specifically, the alleged infringing products are Focal Point's elongate single-unit and continuous elongate multi-unit modular lighting products sold under the Elytra™ mark, namely:

    (a)    Focal Point's 8" and 12" elongate single-unit Elytra™ products shown and/or referred to in the Focal Point website documents (14 sheets) and three photos, all attached as Exhibit A hereof;

    (b)    Focal Point's 8" and 12" elongate continuous multi-unit Elytra™ products shown and/or referred to in the Focal Point website documents (6 sheets) attached as Exhibit B hereof, having a two-piece endplate/endcap combination at each terminal end of the multi-unit product; and

(c) Focal Point's 8" and 12" elongate continuous multi-unit Elytra™ products having (i) a bridge member between endplates on certain adjacent pairs of units and (ii) a two-piece endplate/endcap combination at each terminal end of the multi-unit product, an example of which is shown and referred to in the Focal Point 12" product sheet (taken from among Focal Point's website documents) attached as Exhibit C hereof,

all of which are referred to herein as the "Subject Products."

2. This Court has jurisdiction over the parties to this action and over the subject matter of the complaint.

3. Kenall is sole and exclusive owner of the '055 Patent and has the right to sue upon and seek to recover damages for past infringement and enjoin infringement of the '055 Patent, which is valid and enforceable.

4. Focal Point, its members, officers, directors, subsidiaries, and successors-in-interest, and anyone acting in concert or participation with any of them, are hereby permanently enjoined from infringing the '055 Patent during the term thereof and, specifically, from making, using, selling, offering for sale, importing or otherwise dealing in any of the Subject Products referred to above or any other product infringing the '055 Patent except as may be agreed in a written license agreement.

5. All claims and counterclaims in this case are dismissed with prejudice. This Court will retain jurisdiction over this case for purposes of enforcing this Order and the terms of the settlement agreement.

6. Each party shall bear its own costs and attorneys' fees.

Date: May 5, 2008

_____
Hon. Judge Pallmeyer
United States District Judge

Approved by counsel:

For Kenall Manufacturing Company       For Focal Point, LLC


By  s/Peter N. Jansson                 By   s/Erik S. Maurer
    Peter N. Jansson                        Erik S. Maurer
    207 East Westminster                    10 South Wacker Drive, Suite 300
    Lake Forest, IL  60045                  Chicago, IL  60606
    (847) 283-0900                          (312) 463-5000